# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 JAN 20 PM 1:41
DEPUTY CLERK ___AL___

___Donald R. Bain___
(Plaintiff(s))

vs.

Case Number: __2-16CV-012-J__

___Chesapeake Energy___
(Defendant(s))

## COMPLAINT

A. Parties

1) ___Donald R Bain___, is a citizen of ___Oklahoma___
   (Plaintiff)                                    (State)

   who presently resides at ___18318 E 850 Rd    Crawford, OK 73638___
   (mailing address if different from residence)

2) Defendant ___Chesapeake Energy___ is a citizen of ___Oklahoma City, Oklahoma___
   (Name of first defendant)                        (City, State)

   and is employed as ___Energy commodity exploration and extraction.___
   (Position and title, if any)

3) Defendant _____ is a citizen of _____
   (Name of second defendant)                   (City, State)

   and is employed as _____
   (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   _____
   _____

C. Nature of Case

1) Briefly state the background of your case:
   ___I, Donald R Bain, am a property holder and mineral holder where here is pursued two complaints on two different mineral properties.___

D. Cause of Action

I allege the following:

1. ___While living on section 14-15-24, and owning minerals there, a___

Complaint    1    CV-05 (12/05)

well was drilled there and the minerals found were extracted.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

This owner was not contacted nor was a contract proposed. A deed in plaintiff's name is presented.

2. The plaintiff proposes that in regard to section 6-11-24, Natural gas was extracted from a well just south, section 7-11-24, which included road acreage and adjoining section.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Property, part in a will and part on an estate Mineral Deed of William C. Bain Jr., is lawfully part of that extraction.

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

   I believe that I am entitled to the following relief:

The owners portion of my (Donnie Bain) mineral holdings and a fee for the unlawful extraction.

_____
Original Signature of Plaintiff

18318 E. 850 Rd.
Current Address

Crawford, OK  73638
City            State   ZIP

580-799-1635
Telephone

Complaint                              2                         CV-05 (12/05)



I-2015-001094 Book 2291 Pg: 487
03/23/2015 11:18 am Pg 0487-0488
Fee:   $ 15.00    Doc:    $ 0.00
Jimmy Beavin - Roger Mills County Clerk
State of Oklahoma

2013000245

☐ **PARTIAL RELEASE OF MORTGAGE**   ☐ INDIVIDUAL

☒ **FULL RELEASE OF MORTGAGE**   ☒ CORPORATION   ☐ PARTNERSHIP

WHEN RECORDED, RETURN TO
Security State Bank
P.O. Box 470
Cheyenne, OK 73628

*IN CONSIDERATION* of the discharge of the indebtedness secured by the mortgage described below (the "Mortgage"), or if a partial release the consideration agreed upon by the parties, the Undersigned Mortgagee or Assignee does by this document release to the extent set forth below that mortgage made by:

Donald R. Bain, a single person

to: Security State Bank

which Mortgage is dated and recorded as follows:

| Date | County and State of Recording | Document Number | Book Number | Page Number(s) | |
|---|---|---|---|---|---|
| 03/26/2010 | Roger Mills, OK | 2010-003529 | 2009 | 103-104 | |
| 09/08/2009 | Roger Mills, OK | 2009-003723 | 1969 | 492-493 | |

covering the real estate in above stated county and described as follows:

THE SURFACE AND SURFACE RIGHTS ONLY OF A tract of land lying in the Northwest Quarter of Section Fourteen in Township Fifteen North of Range Twenty-four West of the Indian Meridian, described as follows: Beginning at a point on the Section line 812 feet East of NW corner of said NW/4; THENCE South 272.5 feet; THENCE East 484.0 feet; THENCE North 272.5 feet; THENCE South 272.5 feet; THence West and along the East-West Section line 484 feet to POINT OF BEGINNING, containing 3.03 acres, more or less.

This release is of all the described real estate if a full release, and if a partial release of that part described as follows:

Form 05 0716 1                                                                                   © Copyright 08/12 American Bank Systems, Inc.

```
I-2015-001094  Book 2291  Pg:  488
03/23/2015  11:18 am  Pg 0487-0488
Fee:     $ 15.00     Doc:    $ 0.00
Jimmy Beavin - Roger Mills County Clerk
            State of Oklahoma
```

## SIGNATURE(S)

Signed and Delivered on this Date:

Date: 3/19/2015

Security State Bank
402 Broadway
Cheyenne, OK 73628

*[signature]*
Joe Yowell, Vice President

## ACKNOWLEDGMENT FOR AN INDIVIDUAL ACTING IN HIS OR HER OWN RIGHT or REPRESENTING A CORPORATION, PARTNERSHIP, LLC, etc.

STATE OF OKLAHOMA } SS.

COUNTY OF Roger Mills

The foregoing instrument was acknowledged before me this 19th Day of March, 2015 _____ by

Joe Yowell, Vice- President of Security State Bank, Cheyenne, an Oklahoma Corporation, on behalf of the Corporation.

My Commission Expires: 12/10/17

*[notary seal: Tara Denney, Commission #02073, Exp. 12/10/2017, County of Roger Mills, State of Oklahoma]*

*[signature]* Tara Denney
NOTARY PUBLIC

Form 05 0716 1                                                          © Copyright 08/12 American Bank Systems, Inc.

STATE OF OKLAHOMA
ROGER MILLS COUNTY
Documentary Stamps: $ 120.00

THIS SPACE FOR USE BY COUNTY CLERK

# WARRANTY DEED

**KNOW ALL MEN BY THESE PRESENTS:**

That WENDY LAURITZEN, A Single Person, of

Lyon County, State of Kansas,

party of the first part (whether one or more), in consideration of TEN & NO\100 DOLLARS and other good and valuable consideration, the receipt of which is hereby acknowledged,

I-2009-003722  Book 1969 Pg 490
09/08/2009  11:14 am  P0490-0491
Fee: $ 15.00    Doc: $ 120.00
Jimmy Beavin - Roger Mills County Clerk
State of Oklahoma



does hereby Grant, Bargain, Sell and Convey unto DONALD R. BAIN, party of the second part (whether one or more), the following described real property and premises situate in Roger Mills County, Oklahoma, to-wit:

> A tract of land lying the Northwest Quarter (NW/4) of Section Fourteen (14) in Township Fifteen (15) North of Range Twenty-four (24) West of the Indian Meridian, described as follows: Beginning at a point on the Section line 812 feet East of the Northwest corner of said Northwest Quarter (NW/4); thence South 272.5 feet; thence East 484.0 feet; thence North 272.5 feet; thence West and along the East-West Section line 484.0 feet to Point of Beginning, containing 3.03 acres, more or less;
>
> **LESS AND EXCEPT** all of the oil, gas and other minerals in and under and that may be produced from the above land;

together with all improvements thereon and the appurtenances thereunto belonging, and warrant title to the same.

**TO HAVE AND TO HOLD** the said described premises unto the said party of the second part, his successors and assigns, forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, EXCEPT water rights conveyances and easements.

**SIGNED AND DELIVERED** this 8th day of September, 2009.

_Wendy Lauritzen_ (signature)
Wendy Lauritzen

Page 2

```
I-2009-003722  Book 1969 Pg   491
09/08/2009  11:14 am  P0490-0491
Fee: $ 15.00         Doc: $ 120.00
   Jimmy Beavin - Roger Mills County Clerk
              State of Oklahoma
```

## ACKNOWLEDGMENT

STATE OF OKLAHOMA      )
                       ) ss.
COUNTY OF ROGER MILLS  )

This instrument was acknowledged before me on the 8th day of September, 2009, by WENDY LAURITZEN, A Single Person.

_____
Notary Public

(SEAL)



**GRANTEE'S MAILING ADDRESS:**

Donald R. Bain
Rt 1, Box 35A
Crawford, OK 73638

C:\WPDOCS\RE\Lauritzen.Wendy.WD

File Date: 01-08-2001   File Time: 10:38AM   Volume: 1631   Page: 416
ROGER MILLS CO. OKLAHOMA, JIMMY BEAVIN - COUNTY CLERK         Doc #: 2001-103

Return to:
W.C. Bain
222 East Greer
Sayre, OK 73662



## MINERAL DEED

KNOW ALL PERSONS BY THESE PRESENTS:

That **WILLIAM C. BAIN, JR.**, a single person, of Beckham County, Oklahoma, hereinafter called Grantor, (whether one or more) for and in consideration of the sum of TEN DOLLARS ($10.00) cash in hand paid and other good and valuable considerations, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell convey, transfer, assign and deliver unto **MELVIN F. BAIN, LEONA I. DeGRANDE, MARILYN L. BROYLES, PEGGY J. BRAWNER, DONALD R. BAIN, and CHARLOTTE F. WILLERT,** hereinafter called Grantee (whether one or more) all his right, title and interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Roger Mills County, State of Oklahoma to-wit:

> Southwest Quarter of the Northeast Quarter (SW/4 NE/4) and Northwest Quarter of the Southeast Quarter (NW/4 SE/4) and South Half of the Southeast Quarter (S/2 SE/4) of Section Thirty-one (31), Township Twelve (12) North, Range Twenty-four (24) West and
>
> Lots One (1) and Two (2) and South Half of the Northeast Quarter (S/2 NE/4) and Lots Three (3), Four (4), Five (5), Six (6), and Seven (7) and East Half of the Southwest Quarter (E/2 SW/4) and Southeast Quarter (SE/4) and the Southeast Quarter of the Northwest Quarter (SE/4 NW/4) of Section Six (6), Township Eleven (11) North, Range Twenty-four (24) West

containing 791.47 acres, more or less, together with the right of ingress and egress at all times for the purpose of mining, drilling, exploring, operating, and developing said lands for oil and gas, and other minerals, and storing, handling, transporting, and marketing the same therefrom with the right to remove from said land all of Grantee's property and improvements.

> RESERVING, however, unto the undersigned Grantor, WILLIAM C. BAIN, JR., the above described mineral interest during the balance of the life of the undersigned Grantor, including right to full use and enjoyment thereof and right to collect and receive for the benefit of the undersigned all rents, royalties, profits and income derived therefrom during the balance of the natural life of the undersigned, it being the intention of the undersigned to reserve a life estate therein and this conveyance being made expressly subject to such reservation;
>
> This sale is made subject to any rights now exiting to any lessee or assigns under any valid and subsisting oil and gas lease of record heretofore executed; it being understood and agreed that said

Grantee shall have, receive, and enjoy the herein granted undivided interest in and to all bonuses, rents, royalties and other benefits which may accrue under the terms of said lease insofar as it covers the above described land from and after date hereof, precisely as if the Grantee herein had been at the date of the making of said lease the owner of a similar undivided interest in and to the lands described and Grantee one of the lessors therein.

Grantor agrees to execute such further assurances as may be requisite for the full and complete enjoyment of the rights herein granted and likewise agrees that Grantee herein shall have the right at any time to redeem for said Grantor by payment, any mortgage, taxes, or other liens on the above described land, upon default in payment by Grantor, and be subrogated to the rights of the holder thereof.

TO HAVE AND TO HOLD the above described property and easement with all and singular the rights, privileges, and appurtenances thereunto or in any wise belonging to the said Grantee herein, their, successors, personal representatives, administrators, executors, and assigns forever, and Grantor does hereby warrant said title to Grantee, their heirs, executors, administrators, personal representatives, successors and assigns forever and does hereby agree to defend all and singular the said property unto the said Grantee herein, their heirs, successors, personal representatives, and assigns against every person whomsoever claiming or to claim the same or any part hereof.

WITNESS my hand this 5th day of January, 2001.

_____
William C. Bain, Jr.

## ACKNOWLEDGMENT

STATE OF OKLAHOMA  )
                   )  ss
COUNTY OF BECKHAM  )

This instrument was acknowledged before me on this 5th day of January, 2001, by William C. Bain, Jr., a single person.

My Commission Expires:
_____
Brenda Hautman
Notary Public

File Date: 01-08-2001   File Time: 10:38AM   Volume: 1631   Page: 417
ROGER MILLS CO. OKLAHOMA, JIMMY BEAVIN - COUNTY CLERK   Doc #: 2001-103

JS 44-TXND (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Bain, Donald R

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Chesapeake Energy

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # AM007600   AMOUNT $400.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or a similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Attorney Signature.** Date and sign the civil cover sheet.